*In re* **GARSIDE**, GARY ALSTON (MR 17527)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is denied. Respondent Gary Alston Garside is suspended from the practice of law for three years and until further order of the court.